# COMMITMENT TO ANOTHER DISTRICT
Rule 40 Federal Rules of Criminal Procedures

| UNITED STATES DISTRICT COURT | Eastern District of California |
|---|---|
| UNITED STATES OF AMERICA vs John Thomas Jefferson | Docket Number <br> DEC 1 8 2007 <br> CLERK, U.S. DISTRICT COURT <br> EASTERN DISTRICT OF CALIFORNIA <br> BY _____ DEPUTY CLERK <br><br> Magistrate Case Number <br> 1:07mj 00294 GSA |

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN

☐ INDICTMENT    ☐ INFORMATION    ☐ COMPLAINT    ☑ OTHER (SPECIFY) Supervised Release

CHARGING A VIOLATION OF:    U.S.C. § SECTION

DISTRICT OF OFFENSE  Southern District of OH, West Div of Cincinnati

DESCRIPTION OF CHARGES:  Violation of Supervised Release

CURRANT BOND STATUS: __ Bail fixed at _____ and conditions were not met
✓ Government moved for detention and defendant detained after hearing in District of Arrest
__ Government moved for detention and defendant detained pending detention hearing in District of Offense
__ Other (specify)

Representation: __ Retained Counsel  ✓ Federal Defender  __ CJA Attorney  __ None

Interpretar Required?  ✓ No   __ Yes   Language:

TO: THE UNITED STATES MARSHAL
You are hereby commanded to take custody of the above named defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for the District or to some other officer authorized to receive the defendant.

Date  12/18/07

GARY S. AUSTIN, United States Magistrate Judge

---

**RETURN**

THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) _____ DEPUTY MARSHAL |

as of 10/2000